Dierck Schomacher v. Sophia Michaels.— Motion granted.

Louis F. Haffen v. Arthur G. Bedell.— Motion to dismiss granted, with ten dollars costs. Motion for reargument denied, with ten dollars costs. Motion to hear case on original papers denied, with ten dollars costs.

The People of the State of New York v. Joseph Russo.— Motion denied on condition that appellant be ready for February term.

Herbert Noble and Another v. Wilbur K. Matthews.— Motion granted, with ten dollars costs.

Anita Howell v. Otto C. Heinze and Others.— Motion denied.

Mary Penn, as Administratrix, etc., v. New York House Wrecking Company. — Motion granted, with ten dollars costs.

Alvan W. Perry v. Benjamin L. M. Bates.— Motion for reargument denied; leave to appeal to the Court of Appeals granted.

Adolph Paltey v. Patrick B. Egan.— Motion denied, with ten dollars costs.

Albert S. Moore v. Vulcanite Company.— Motion denied, with ten dollars costs.

John J. Falihee v. John Simmons Company.— Motion denied, with ten dollars costs.

In the Matter of George Gallagher.— Respondent disbarred. Settle order on notice.

The People of the State of New York v. Peter J. Beckert.— Motion denied. Settle order on notice.

In the Matter of Michael Naughton.—Application granted.— Settle order on notice.

The People of the State of New York ex rel. Otto J. Spahn v. Edmond J. Butler, as Commissioner. The People of the State of New York ex rel. Harry G. Gay v. Edmond J. Butler, as Commissioner. The People of the State of New York ex rel. William Lockwood v. Edmond J. Butler, as Commissioner.— Motions denied, with ten dollars costs.

Frances E. Moore v. The Board of Education.— Motion granted.

Thomas C. Stephens v. John J. Flammer and Others.— Motion granted.

William Pratie and Another v. James J. Butler and Others.—Motion denied, with ten dollars costs.

Le Roy S. Gove v. Levi L. Tower and Others.— Motion granted.

Henry Opper, as Administrator, etc., v. Leopold Hellinger.— Motion denied.

Sarah Meyerhoffer v. Hyman D. Baker.— Motion denied, with ten dollars costs.

Milton Aborn and Others v. Elsie Janis and Others.— Motion denied, with ten dollars costs.

Edward Cramsey v. Charles A. Sterling.— Motion denied, with ten dollars costs.